Marvin MCMILLION, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 394, 2015

Supreme Court of Delaware.

Submitted: November 4, 2015

Decided: December 22, 2015

AFFIRMED.

Kushal SHAH f/k/a Gerron Lindsey, Defendant Below, Appellant,

v.

STATE of Delaware, Plaintiff Below, Appellee.

No. 514, 2015

Supreme Court of Delaware.

Submitted: November 2, 2015

Decided: December 22, 2015

AFFIRMED.

Dwayne EVANS, Defendant Below–Appellant,

v.

STATE of Delaware, Plaintiff Below–Appellee.

No. 363, 2015

Supreme Court of Delaware.

Submitted: November 4, 2015

Decided: December 23, 2015

AFFIRMED.